IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LAVORIS LEROY WEATHERS**                                                **PLAINTIFF**

**V.**                                                                **NO. 4:21-CV-83-DMB-JMV**

**LIFE HELP REGION 6**                                                   **DEFENDANT**

## FINAL JUDGMENT

In accordance with the order entered January 14, 2022, this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 31st day of January, 2022.

                                                           /s/Debra M. Brown
                                                           **UNITED STATES DISTRICT JUDGE**